**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000748**
**09-JUN-2023**
**08:10 AM**
**Dkt. 22 ODSD**

NO. CAAP-22-0000748

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SC and on behalf of minors, Petitioner-Appellant, v.
TK, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FDA-22-0001094)

ORDER DISMISSING APPEAL
(By:  Ginoza, Chief Judge, Wadsworth and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before March 3, 2023, and April 3, 2023, respectively;

(2) Self-represented Petitioner-Appellant SC failed to file either document, or request an extension of time;

(3) On May 1, 2023, the appellate clerk entered a default of the statement of jurisdiction and opening brief, notifying SC that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on May 11, 2023, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure (HRAP) Rules 12.1(e) and 30, and SC could request relief from default by motion; and

(4) The appellate clerk mailed the default notice to SC at her address on record.  The United States Postal Service returned the default notice as undeliverable as addressed and unable to forward.  SC has not filed a notice of change of

address, as required by HRAP Rule 25(f), and SC took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawai'i, June 9, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge